## 53948. BENTLY v. HOWELL et al.

WEBB, Judge.
The order of the trial court is affirmed. *Merrill Lynch &c. Inc. v. Echols,* 138 Ga. App. 593 (226 SE2d 742) (1976); *Phillips v. Peachtree Housing,* 138 Ga. App. 596 (226 SE2d 616) (1976).
*Judgment affirmed. Deen, P. J., and Marshall, J., concur.*

ARGUED MAY 5, 1977 — DECIDED MAY 13, 1977.

*Swift, Currie, McGee & Hiers, James B. Hiers, Jr., Gregory N. Studdard,* for appellant.
*Charles D. Read, Jr.,* for appellees.